UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY NEWTON,<br><br>  Plaintiff,<br><br>  v.<br><br>T. AKKAD et al.,<br><br>  Defendants. | Case No. 2:20-cv-01402-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's letter to the Court titled "Motion Asking for My Funds to be Returned/Motion Informing Court I Received Documents and USM-285 Form." ECF No. 14. This request apparently arises from Plaintiff's Motion for Application to Proceed *in forma pauperis* (ECF No. 1), which the Court granted on June 29, 2021. A review of the docket in this case shows that subsequent to the Order granting Plaintiff *in forma pauperis* status no money was paid on this action and, thus, the $177 Plaintiff claims was taken by Clark County Detention Center ("CCDC") from Plaintiff's account has no relationship to this case. ECF No. 14 at 2.

Further, Defendant's letter does not identify any federally protected right that he claims has been violated. "Federal courts are courts of limited jurisdiction," possessing "only that power authorized by Constitution and statute." *United States v. Marks*, 530 F.3d 799, 810 (9th Cir. 2008), *quoting Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994)). There is no provision in the *in forma pauperis* statute that allows the Court to compel CCDC to return funds to Plaintiff. 28 U.S.C. § 1915. Moreover, CCDC is no longer a party to this action and the Court lacks jurisdiction to order CCDC to return the funds. *See* ECF No. 4 (dismissing Defendant Clark County Detention Center with prejudice).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion (ECF No. 14) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Plaintiff's Motion Asking for My Funds to be Returned is DENIED.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order, as well as ECF Nos. 3, 5, 8, and 9-11 to Plaintiff at the following address, which was provided by him:

>  Anthony Newton
>  #1502184
>  333 S. Casino Center Blvd.
>  Las Vegas, NV 89101

This is a one-time accommodation to Plaintiff.

Dated this 14th day of February, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2